**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01326-GPG

MELVIN LEE MAYS,

    Plaintiff,

v.

U.S. PENITENTIARY, SMU Florence,
ALRED, Doctor,
U.S. PENITENTIARY, Victorville,
U.S. PENITENTIARY, Hazelton,
BORN, Captain,

    Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

    Plaintiff, Melvin Lee Mays, is a prisoner in the custody of the Federal Bureau of Prisons currently incarcerated at the United States Penitentiary in Lewisburg, Pennsylvania. On November 18, 2014, Mr. Mays submitted a civil cover sheet and a letter in the U.S. District Court in the Western District of Louisiana. (ECF No. 1-1), and a civil rights action was initiated. On June 17, 2015, the Court in the Western District of Louisiana issued a Memorandum Order transferring the case to the District of Colorado (ECF No. 1).

    As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a) and (b), the Court has determined that the submitted document is deficient as described in this order. The Court is aware that Mr. Mays filed three other actions in this court on March 24, 2015, (*see* 15-cv-603, 15-cv-604, 15-cv-605), which appear to be against some of

the same defendants as the current case.  Those actions were all voluntarily dismissed effective June 12, 2015 and June 15, 2015.  If Mr. Mays wishes to voluntarily dismiss this case, he should inform the court.

Mr. Mays will be directed to cure the following if he wishes to pursue his claims. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:
(1)   X    is not submitted
(2)   __   is not on proper form (must use the Court's current form)
(3)   __   is missing original signature by Plaintiff
(4)   __   is missing affidavit
(5)   __   affidavit is incomplete
(6)   __   affidavit is not properly notarized
(7)   __   names in caption do not match names in caption of complaint, petition or application
(8)   __   other:

**Complaint or Petition**:
(9)    __   is not submitted
(10)   X    is not on proper form (must use the court's current form)
(11)   X    is missing an original signature by the Plaintiff
(12)   __   is incomplete
(13)   __   uses et al. instead of listing all parties in caption
(14)   __   names in caption do not match names in text of Complaint
(15)   X    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16)   __   other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.  It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved forms used in filing a Complaint, along with the applicable instructions, at www.cod.uscourts.gov,

and use the forms to cure the above noted deficiencies.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice. It is

FURTHER ORDERED that if Plaintiff wishes to voluntarily dismiss the case, he should inform the court.

DATED June 24, 2015, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge