## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01326-GPG

MELVIN LEE MAYS,

     Plaintiff,

v.

U.S. PENITENTIARY, SMU Florence,
ALRED, Doctor,
U.S. PENITENTIARY, Victorville,
U.S. PENITENTIARY, Hazelton,
BORN, Captain,

     Defendants.

---

## ORDER OF DISMISSAL

---

     Plaintiff, Melvin Lee Mays, is a prisoner in the custody of the Federal Bureau of Prisons currently incarcerated at the United States Penitentiary in Lewisburg, Pennsylvania. On November 18, 2014, Mr. Mays submitted a civil cover sheet and a letter in the U.S. District Court in the Western District of Louisiana. (ECF No. 1-1), and a civil rights action was initiated.  On June 17, 2015, the Court in the Western District of Louisiana issued a Memorandum Order transferring the case to the District of Colorado (ECF No. 1).   On June 24, 2015, this Court reviewed Plaintiff's submitted documents pursuant to D.C.COLO.LCivR 8.1(a) and (b), and determined that they were deficient. The Court ordered Plaintiff to cure certain designated deficiencies within thirty days if he wished to pursue his claims in this action. (ECF No. 3).  Specifically, the Court ordered Plaintiff to submit an Application to Proceed in District Court Without Prepaying Fees or

Costs and to submit a complaint on the proper court-approved form, with an original signature by the Plaintiff, and to include addresses for all of the defendants. (*Id.*)  The Court notified Plaintiff that if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice.

The Court also noted that Mr. Mays had filed three other actions in this court on March 24, 2015, (*see* 15-cv-603, 15-cv-604, 15-cv-605), which appear to be against some of the same defendants as the current case.  Those actions were all voluntarily dismissed effective June 12, 2015 and June 15, 2015.

In this case, no further pleadings have been filed by Plaintiff to date.  Plaintiff has failed to cure the deficiencies within the time allowed.  Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies and failure to prosecute.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

**ORDERED** that the Complaint and the action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute.  It is

**FURTHER ORDERED** that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  3rd  day of   August  , 2015.

BY THE COURT:


 s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court