IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01326-GPG

MELVIN LEE MAYS,

    Plaintiff,

v.

U.S. PENITENTIARY, SMU Florence,
ALRED, Doctor,
U.S. PENITENTIARY, Victorville,
U.S. PENITENTIARY, Hazelton,
BORN, Captain,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on August 3, 2015, it is hereby

ORDERED that Judgment is entered in favor of Respondents and against Applicant.

DATED at Denver, Colorado, this 3 day of August, 2015.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk


        By: s/ A. García Gallegos

        Deputy Clerk